HENRY DAY, Appellant, *v.* SARAH HILL, Respondent.
    SAME, Appellant, *v.* FRANCIS C. HILL, Respondent.

(Argued March 10, 1887; decided March 25, 1887.)

*George A. Strong* for appellant.

*Thomas Young* for respondent.

Agree to affirm; no opinion.
All concur.
Judgments affirmed.